IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUMAN BROADNAX,

    Petitioner,                   No. CIV S-03-0921 DFL PAN P

    vs.

MIKE KNOWLES, et al.,

    Respondents.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Petitioner was a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  A recent court order was served on petitioner's address of record and returned by the postal service.  The court has now been informed by prison officials at California State Prison-Solano that petitioner died on October 3, 2005.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as moot.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within

1

1 the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED: March 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
broa0921.133a