IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUMAN BRODNAX,

    Petitioner,                    No. CIV S-03-0921 DFL PAN P

    vs.

MIKE KNOWLES,

    Respondent.                 ORDER

_____/

        Petitioner was a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 27, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.[1]

/////

---

[1] Consistent with the information set forth in the findings and recommendations regarding petitioner's death on October 3, 2005, the copy of the findings and recommendations served on petitioner was returned undelivered.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1.  The findings and recommendations filed March 27, 2006, are adopted in full;
5  and
6      2.  This action is dismissed.
7  DATED: 5/18/2006

_____
DAVID F. LEVI
United States District Judge